UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| RICKY KAMDEM-OUAFFO, | |
|---|---|
| Plaintiff, | |
| -against- | 7:19-CV-9943 (PMH) |
| BALCHEM CORPORATION; GIDEON OENGA; BOB MINIGER; RENEE McCOMB; THEODORE HARRIS; JOHN KUEHNER; TRAVIS LARSEN; MICHAEL SESTRICK; JOHN/JANE DOES, | ORDER OF SERVICE |
| Defendants. | |

PHILIP M. HALPERN, United States District Judge:

Plaintiff, who is proceeding *pro se*, paid the relevant fees to commence this action.

The Clerk of Court is directed to issue summonses as to Defendants Balchem Corporation, Oenga, Miniger, McComb, Harris, Kuehner, Larsen, and Sestrick. Plaintiff is directed to serve a summons and the complaint on each of those defendants within 90 days of the issuance of the summonses. If within those 90 days, Plaintiff has not either served those defendants or requested an extension of time to do so, the Court may dismiss this action under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

The Clerk of Court is directed to mail a copy of this order to Plaintiff, together with an information package.

After Defendants have been served, the Court will address the parties' letters regarding Defendants' anticipated motion to dismiss Plaintiff's Complaint filed in the related case: *Kamden-Ouaffo v. Balchem Corp.*, et al., No. 7:17-cv-2810. *See* Docs. 73 and 116.

SO ORDERED.

Dated: May 26, 2020
White Plains, New York

PHILIP M. HALPERN
United States District Judge