UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
RICKY KAMDEM-OUAFFO,

                       Plaintiff,

-against-                                        19 **CIVIL** 9943 (PMH)

## JUDGMENT

BALCHEM CORPORATION, et al.,

                       Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated April 8, 2022, Defendants' motion to dismiss is GRANTED. Plaintiff's complaint is dismissed with prejudice; accordingly, the case is closed.

**Dated:** New York, New York

       April 11, 2022

                                                                 RUBY J. KRAJICK

                                                                 **Clerk of Court**

                                       BY:

                                                                    **Deputy Clerk**