UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICKY KAMDEM-OUAFFO,

        Plaintiff,

-against-

BALCHEM CORPORATION, et al.,

        Defendants.

**ORDER**

19-CV-09943 (PMH)

PHILIP M. HALPERN, United States District Judge:

    On July 29, 2024, the Second Circuit issued its Mandate affirming the dismissal of this action and denial of Plaintiff's post-judgment motions for reconsideration and recusal. (Doc. 105). On January 24, 2025, Plaintiff filed his first of three letter-motions seeking, *inter alia*, Rule 60(b) relief and this Court's recusal. (Doc. 106, Doc. 107, Doc. 109). Defendants have not filed any response to Plaintiff's filings to date.

    Accordingly, Defendants shall file their response to Plaintiff's letter-motions by February 12, 2025.

**SO ORDERED:**

Dated: White Plains, New York
      February 5, 2025

_____
Philip M. Halpern
United States District Judge